UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

GIANNIS ANTEKOUNMPO,

            Plaintiff,

     -against-                               22-cv-1866 (LAK)

SARAH ZELLNER, et al.,

            Defendants.
------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/2/22

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

       The motion of defendant Playbook Inc. for an order severing the claims against it and transferring them to the United States District Court for the Northern District of California for improper venue and/or for other relief (Dkt 36) is granted to the extent that the claims against Playbook Inc. are severed from the remainder of the case and transferred to the Northern District of California, pursuant to 28 U.S.C. § 1406, for improper venue and otherwise denied as moot. None of the parties resides in this district, Plaintiff has failed to allege or otherwise establish that any substantial part of the events or omissions giving rise to the claim occurred in this District. As defendant Playbook Inc. is a California corporation with its principal place of business in the Northern District of California, this action could have been brought there.

       SO ORDERED.

Dated:     June 2, 2022

                                              Lewis A. Kaplan
                                          United States District Judge